IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PATRICIA J. KUCZAK,                     :

      Plaintiff,
                                              :

    vs.                                       Case No. 3:13cv101

                                              :

CITY OF TROTWOOD
POLICE DEPARTMENT, et al.,     :    JUDGE WALTER H. RICE

      Defendants.

---

ENTRY JOURNALIZING CONFERENCE CALL OF JUNE 27, 2013;
FURTHER CONFERENCE CALL SET

---

The captioned cause came on to be heard upon a brief telephone conference on Thursday, June 27, 2013. The issue of whether to proceed with the class certification issues or the constitutionality/liability issues was discussed. It was agreed that, as soon as is possible after the June 27th conference call, Defendants would furnish Plaintiff's counsel with certain information, numbers, amount of fines, etc., involved in the processes for which Plaintiff filed a Complaint. Hopefully, that information will allow Plaintiff's counsel to determine whether he wishes to proceed in this matter. If so, the Court will deal with the constitutionality/liability issues first, and then resolve the class certification issues, should said issues remain viable following the Court's decision on constitutionality/liability.

A further telephone conference call was set beginning at 4:15 p.m. on Monday, July 29, 2013.

June 28, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record