# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Patricia J. Kuczak | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:13-cv-101 |
| The City of Trotwood, Ohio | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment Shall Enter Against Kuczak and in Favor of Appllee/Defendant The City of Trotwood.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for

Date: 5/23/2017

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk